# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DENNIS A. RENNINGER AND PATSY D. RENNINGER, | : | No. 281 WAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| A&R MACHINE SHOP AND CASS HUDSON COMPANY, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.